**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Victor Jefferson, Tom Morris, and Tykenia Ford,
Defendants,

Of whom Victor Jefferson is the Appellant

and

Tom Morris and Tykenia Ford are Respondents.

In the interest of minors under the age of eighteen.

Appellate Case No. 2021-000065

———————

Appeal From Charleston County
Daniel E. Martin, Jr., Family Court Judge

———————

Unpublished Opinion No. 2021-UP-157
Submitted April 21, 2021 – Filed May 3, 2021

———————

**AFFIRMED**

———————

Harry A. Hancock, of Columbia, for Appellant.

Sally R. Young, of South Carolina Department of Social Services, of North Charleston, for Respondent South Carolina Department of Social Services.

Tina W. Dixon, of North Charleston, for Respondent Tykenia Ford.

Tom Morris, of Charleston, pro se.

Alwyn Taylor Silver, of Silver Law Firm, LLC, of Georgetown, for the Guardian ad Litem.

––––––––––

**PER CURIAM:** Victor Jefferson appeals the family court's final order terminating his parental rights to his minor child. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2020). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Jefferson's counsel.

**AFFIRMED.**[1]

**LOCKEMY, C.J., and HUFF and HEWITT, JJ., concur.**

––––––––––

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.